UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Alex Ramirez

    Plaintiff,

vs.                                                             Case No.: 4:14-cv-02971
                                                                      Judge Keith P Ellison

WellBenders Directional Services, LLC

    Defendant.

### NOTICE REGARDING INITIAL CONFERENCE

      This notice is being issued in connection with the above referenced proceeding. We are currently scheduled for an initial, or scheduling, conference. As a standard practice in this court, we ask that parties try to agree to dates and deadlines and submit them in the form of a proposed scheduling order. If the parties are able to reach an agreement, the Court will dispense with the conference. I am attaching the standard form scheduling order, which can also be downloaded from the court's website: www.txs.uscourts.gov.

      In working through the schedule, please keep in mind that trial is normally scheduled within eighteen months after the case is filed in, or removed to, federal court. Dispositive motions should be filed three months prior to the trial date. In the attached proposed scheduling order, we have included specific due dates for dispositive motions and the joint pretrial order. We have also noted a trial date based on the guidelines stated above.

      If you return the completed scheduling order one week prior to your scheduled hearing, the conference will be cancelled. The order should be e-mailed to my Case Manager, Stephanie Loewe at stephanie_loewe@txs.uscourts.gov. Alternatively, you can fax it to her at 713-250-5503.

      Signed on January 13, 2015, at Houston, Texas.

_Keith P. Ellison_
Keith P. Ellison
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Alex Ramirez<br> *Plaintiffs,* | §<br>§<br>§ | |
| VS. | §<br>§ | Civil Action 4:14-cv-02971 |
| WellBenders Directional Services, LLC<br> *Defendants.* | §<br>§ | |

## SCHEDULING/DOCKETING CONTROL ORDER

Anticipated Length of Trial:_____Days          Jury:_____Non-Jury:_____

1. (a) **NEW PARTIES** shall be joined by: _____
   The Attorney causing the addition of new parties will provide copies of this Order to new parties.

   (b) **AMENDMENT to PLEADINGS** by Plaintiff or Counter-Plaintiff shall be filed by: _____

2. **EXPERT WITNESSES** for the **PLAINTIFF** will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: _____

3. **EXPERT WITNESSES** for the **DEFENDANT** will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: _____

4. **DISCOVERY** must be completed by: _____
   Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

5. **DISPOSITIVE AND NON-DISPOSITIVE MOTIONS** (except motions *in limine*) will be filed by:     10/19/2015
   (Due 90 days prior to Trial)

6. **JOINT PRETRIAL ORDER** and **MOTIONS** *IN LIMINE*     01/12/2016
   (The Court will fill in this date)
   (Due the Monday before trial)

7.  TRIAL will begin at 9:00 a.m.

1/19/2016
(15 Months from the date case filed)

_____  _____
Date                          Keith P. Ellison
                              United States District Judge

_____  _____
Date                          Counsel for Plaintiff(s)

_____  _____
Date                          Counsel for Defendant(s)